

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 26, 2007

<u>*By facsimile (212) 805-4060*</u>
Hon. Debra Freeman
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re: *United States v. Wilson Encarnacion, et al.*, S1 04 Cr. 760

Dear Judge Freeman:

      I write to request that the above-referenced indictment, previously filed under seal, be unsealed.

      Thank you for your consideration.

                Respectfully submitted,

                MICHAEL J. GARCIA
                United States Attorney

      By: _____
                David V. Harbach, II
                Assistant United States Attorney
                (212) 637-2606

SO ORDERED:

_____
Hon. Debra Freeman

DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

