```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/12/07

------------------------------------x
                                    x
UNITED STATES OF AMERICA            x           ORDER
                                    x
           -v-                      x
FNU LNU aka,                        x           DOCKET #
Franklin Fernandez,                 x
                                    x
              Defendant.            x           04 crim 760 (BSJ)
                                    x           Deft. #5
------------------------------------x

                    , DISTRICT JUDGE:

The C.J.A. attorney assigned to receive cases on this day,
Robert Annello          is hereby ordered to assume
representation of the defendant in the above captioned matter.

                              SO ORDERED.

                              _____
                              UNITED STATES DISTRICT JUDGE


Dated:  New York, New York
        July 10, 2007