```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 11/20/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,            :    04 CR. 760 - 05 (BSJ)
                                     :
                                     :         ORDER
        -v-                          :
                                     :
                                     :
FNU LNU A/K/A                        :
FRANKLIN FERNANDEZ,                  :
                                     :
                                     :
            Defendant.               :
                                     :
------------------------------------X

BARBARA S. JONES,
United States District Judge:

   IT IS HEREBY ORDERED that the status conference scheduled for November 20, 2007 is adjourned to December 5, 2007 at 4PM to allow the parties to continue discussions relating to a possible disposition in this matter. For this reason, in the interest of justice, the period of time from November 20, 2007 to December 5, 2007 is excluded pursuant to 18 U.S.C. § 3161(h)(8)(A). I find that a possible disposition outweighs both the interests of the public and the defendant in a speedy trial.

   SO ORDERED.

Dated:   New York, New York
         November 19, 2007

                                    _____
                                    BARBARA S. JONES
                                    United States District Judge